



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

February 7, 2023

2/8/23

OK

*[signature: Colleen McMahon]*

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Ezequiel Guzman*, 11 Cr. 514 (CM)

Dear Judge McMahon:

The Government writes to request until March 7, 2023 to respond to the defendant's supplemental motion for compassionate release, filed on February 5, 2023. On December 13, 2022, the Court granted the defendant 30 days to supplement his compassionate release motion, and the Government 30 days to respond to any supplemental filing. On February 5, 2023, the defendant filed that supplemental motion. Giving the Government until March 7, 2023 to file its response would provide the Government with 30 days to respond to the supplemental motion, as contemplated in the Court's December 13, 2022 order. The defense consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *[signature]*
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/23
```